# EXHIBIT G

OFFICE OF THE IMPARTIAL CHAIRPERSON
321 WEST 44TH STREET, SUITE 400
NEW YORK, NY 1003
TEL: (212) 541-212   FAX: (646) 992-8103

#2024-36R
LuxUrban Hotels fka CorpHousing
April 12, 2024
Page 1 of 3

**EMPLOYER**: LuxUrban Hotels fka CorpHousing LLC

HTC Case #U24-109/Emergency hearing requested by the Hotel and Gaming Trades Council, AFL-CIO against LuxUrban Hotels fka CorpHousing LLC including its Hotels; The Blakely by LuxUrban, The Tuscany Hotel by LuxUrban, and The Washington by LuxUrban, regarding the Union's demand for a bond posting pursuant to IC Award 2023-118.

Hearing held at the Office of the Impartial Chairperson on March 13, 2024.

## APPEARANCES:

| | |
|---|---|
| For the LuxUrban: | Brandon Elster<br>Vice President of Operations |
| Counsel for the LuxUrban:<br>By: | Sheppard Mullin Richter & Hampton, LLP<br>James Hays, Esq. |
| For the Hotel and Gaming Trades Council, AFL-CIO:<br>Counsel:<br>By: | <br>Pitta LLP<br>Joseph Farelli, Esq. |
| For the Union: | Joseph Messineo, Local 6<br>Tom Oliva, Local 6<br>Michael Ryder, Local 6<br>Jonathan Ridgway, Local 6<br>Randall Sullivan, Local 6<br>Miguel Castaneda. Local 6 |

\* \* \*

## CORRECTED AWARD

The Hotel & Gaming Trades Council, AFL-CIO ("Union") claims that LuxUrban Hotels f/k/a Corp Housing LLC ("LuxUrban") violated I.C. Award #2023-118 ("Award") on October 13, by its repeated and ongoing failure to comply with its contractual obligations under the IWA. The Award granted the Union a number of remedies that addressed the exact same violations that are at issue in the instant hearing – the failure to timely and correctly pay wages, the failure to make timely and correct deductions and remittances, and the unilateral change of existing pay practices. The violations addressed by the Award occurred at five (5) hotels, all either leased or managed by LuxUrban, but only three (3) of the five (5) are the subject of this emergency

OFFICE OF THE IMPARTIAL CHAIRPERSON
321 WEST 44ᵀᴴ STREET, SUITE 400
NEW YORK, NY 1003
TEL: (212) 541-212   FAX: (646) 992-8103

#2024-36R
LuxUrban Hotels fka CorpHousing
April 12, 2024
Page 2 of 3

hearing: The Blakely by LuxUrban, The Tuscany Hotel by LuxUrban, and The Washington.[1] At the emergency hearing, the Union charged LuxUrban with failing to meet its obligations at another property: Hotel 27, formerly known as the Mave Hotel.

The Award granted some relief immediately, but other remedies would only be available if LuxUrban failed to meet certain obligations, including the posting of a bond in the event LuxUrban failed to make any payments pursuant to any paragraph of the Award. The basis for the relief was the wealth of arbitral precedent supporting the availability and use of broad remedial powers by the Office of the Impartial Chairperson ("OIC") to compel compliance with the IWA by repeat and wholesale violators of its obligations, including ordering the posting of a bond.[2]

The Union asserts that, since the issuance of the Award on October 13, 2023, LuxUrban has failed to make certain payments to employees of either The Blakely by LuxUrban, The Tuscany Hotel by LuxUrban, The Washington, and/or Hotel 27. According to the Union, LuxUrban has failed to pay enhanced severance pay and statutory severance pay to certain employees of the Blakely Hotel pursuant to I.C. Award #2023-113 (October 4, 2013); failed to timely and correctly pay wages to several employees of the Tuscany Hotel and the Blakely Hotel; refused to comply with an Award of Chairperson Elliott Shriftman regarding The Washington, formerly known as the W New York Downtown (I.C. Award 2023-56, May 5, 2023), finding the hotel was liable for violating two (2) agreements, and, a general failure to make correct deductions and remittances to different funds affiliated with the Union, including the failure to remit dues for the entire period that LuxUrban has operated Hotel 27. The Union further alleges that LuxUrban has failed to

---

[1] The two remaining hotels, The Herald Powered by LuxUrban and Hotel 57, were the subject of an earlier hearing in which the Union charged LuxUrban with committing the same violations and sought the same relief it now seeks in the instant case. In I.C. Award # 2024-12 (February 9, 2012), the Chairperson ruled in favor of the Union.

[2] See Hotel Stanford (I.C. Award 2020-57); Roosevelt Hotel (I.C. Awards 95-98, 95-106).

OFFICE OF THE IMPARTIAL CHAIRPERSON
321 WEST 44TH STREET, SUITE 400
NEW YORK, NY 1003
TEL: (212) 541-212  FAX: (646) 992-8103

#2024-36R
LuxUrban Hotels fka CorpHousing
April 12, 2024
Page 3 of 3

fully comply with an audit, as required by the Award. Due to these failures, the Union is seeking an order directing the Hotel to post bonds, as calculated pursuant to Article 46 of the IWA, for The Blakely by LuxUrban, The Tuscany Hotel by LuxUrban, The Washington, and Hotel 27. LuxUrban disputes these allegations and claims that, since October 13, 2023, it has always been and continues to be current with all payments the Union claims to be deficient.

The credible testimony of Tom Oliva, the Union's Grievance Officer, bolstered by documentary records received into the record, established that LuxUrban, since the issuance of the Award, had failed or continues to fail to satisfy its obligations under the IWA, or as required pursuant to decisions of the OIC. For these reasons, I find that LuxUrban has violated the Award and, relying once again on the broad remedial powers of the OIC to compel compliance by repeat violators of the IWA, I direct LuxUrban to post a bond in the amounts requested by the Union, as calculated pursuant to Article 46 of the IWA, as shown below:

1. The Blakely by LuxUrban: $593,281.65.

2. The Tuscany Hotel by LuxUrban: $866,946.60.

3. The Washington by LuxUrban: $1,187,568.20.

4. Hotel 27, formerly known as the Mave: $137,836.20.

It is so ordered.

Dated:    April 12 , 2024
          New York, New York

AARON A. SHRIFTMAN, under the penalties of perjury, duly affirms that he is the arbitrator described herein and that he executed the foregoing instrument.

*aaron a. shriftman*

_____
IMPARTIAL CHAIRPERSON