**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HOTEL AND GAMING TRADES COUNCIL,
AFL-CIO,

                      Petitioner,                          25 **CIVIL** 8628 (AKH)

      -against-                                     **JUDGMENT**

ST. GILES HOTEL LLC, ABGNY 432613 LLC /
TUSCANY LEGACY LEASING LLC,

                    Respondents.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 30, 2026, Petitioner's motion is granted with an award for pre-judgment interest, Accordingly, judgment is entered in favor of Petitioner confirming Award #2025-50, issued May 9, 2025, by Impartial Chairperson Aaron Shriftman in its entirety, awarding Petitioners $866,946.60 in the form of a bond at the OIC, payment of $134,089.99 to Hotel employees, and payment of $81,933.15 to Hotel employees as a 115% penalty for failure to timely pay wages the week of April 18, 2025, pursuant to the arbitration with pre-judgment interest to accrue at the rate of 9% per annum in the amount of $95,331.01 and the case is closed.

**Dated**: New York, New York
       May 1, 2026

                                    **TAMMI M. HELLWIG**
                                      _____
                                        **Clerk of Court**

                      **BY:**
                                     _____
                                        **Deputy Clerk**